1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM                                    JS-6
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
   Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
   Baltimore, MD 21235
10 Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov

12
13 Attorneys for Defendant

14            UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
16

17 JUANA MURILLO,                  )  No.  2:23-cv-05298-MAA
                                   )
18        Plaintiff,               )  [PROPOSED] JUDGMENT
                                   )
19                                 )
20             v.                  )
                                   )
21                                 )
   KILOLO KIJAKAZI,                )
22 Acting Commissioner of Social   )
23 Security,                       )
                                   )
24        Defendant.               )
   _____)
25

26

27

28

-1-

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: _____   September 1, 2023

_____

HONORABLE JUDGE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE